**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO, <br><br> Defendants. | Case No.: 1:25-cv-10353-DJC |

**JOINT MOTION AND [PROPOSED] ORDER ACCEPTING SERVICE AND
EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Marcos Gonzalez ("Plaintiff") and Defendants Intellia Therapeutics, Inc. ("Intellia" or the "Company") and John Leonard and Laura Sepp-Lorenzino (the "Individual Defendants" and, together with Intellia, "Defendants") (all of the foregoing collectively, the "Parties") respectfully submit this Joint Motion and [Proposed] Order Accepting Service and Extending Time To Respond to Complaint and in support thereof state as follows:

WHEREAS, on February 11, 2025, Plaintiff, individually and on behalf of all others similarly situated, filed a securities class action complaint (the "Complaint") in the above-captioned action (the "Action") against Defendants (ECF No. 1);

WHEREAS, on March 3, 2025, Plaintiff served Intellia with the Complaint;

WHEREAS, Plaintiff has not yet served any of the Individual Defendants;

WHEREAS, the Individual Defendants hereby accept service of the Complaint;

WHEREAS, the Private Securities Litigation Reform Act (the "PSLRA") provides that: (1) a plaintiff who files a securities class action shall publish notice to the purported class informing the class members of their right to seek appointment as lead plaintiff; (2) not later than

60 days after the date on which the notice is published, any member of the putative class may move the Court to serve as lead plaintiff of the purported class; and (3) the court shall appoint lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3)(A) & (B);

WHEREAS, on February 14, 2025, Plaintiff caused notice to be published, advising class members that any member of the putative class may move the Court to serve as lead plaintiff by no later than April 14, 2025;

WHEREAS, after the Court appoints lead plaintiff and lead counsel, lead plaintiff will need to file an amended complaint or otherwise designate the operative complaint, and Defendants anticipate moving to dismiss such amended complaint or operative complaint;

WHEREAS, in order to avoid the unnecessary expenditure of effort by the Parties and the Court prior to the appointment of lead plaintiff and lead counsel and the subsequent filing of an amended complaint or the designation of an operative complaint, the Parties have agreed, subject to the Court's approval, that the filing of an answer, motion to dismiss, or other responsive pleading is premature prior to the entry of an order by the Court pursuant to the PSLRA appointing lead plaintiff and lead counsel;

NOW, THEREFORE, the Parties hereby move the Court for an order providing as follows:

1.      The Individual Defendants accept service of the Complaint, without waiver of any Defendants' rights or defenses apart from sufficiency of service of process, all of which are expressly preserved;

2.      Defendants are not required to respond to the Complaint unless, as set forth below, it is later designated as the operative complaint by lead plaintiff;

2

3.      Within 14 days after the Court's entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval with a proposed schedule for the filing of an amended complaint (or designation of an operative complaint) and briefing on a motion to dismiss (or other responsive pleading).

Date: March 13, 2025                                    Respectfully submitted,

                                                       **LEVI & KORSINSKY, LLP**

                                                       */s/ Shannon L. Hopkins (with permission)*
                                                       Shannon L. Hopkins (BBO# 657485)
                                                       1111 Summer Street, Suite 403
                                                       Stamford, Connecticut 06905
                                                       Tel. (203) 992-4523
                                                       Fax: (212) 363-7500
                                                       E-mail: shopkins@zlk.com

                                                       Adam M. Apton (*pro hac vice* to be submitted)
                                                       33 Whitehall Street, 17th Floor
                                                       New York, NY 10004
                                                       Tel: (212) 363-7500
                                                       Fax: (212) 363-7171
                                                       Email: aapton@zlk.com

                                                       *Attorneys for Plaintiff*

                                                       **GOODWIN PROCTER LLP**

                                                       */s/ Caroline H. Bullerjahn*
                                                       Caroline H. Bullerjahn (BBO No. 657241)
                                                       Brendan Blake (BBO No. 710755)
                                                       100 Northern Avenue
                                                       Boston, MA 02210
                                                       Telephone: (617) 570-1000
                                                       Fax: (617) 523-1231
                                                       Email: cbullerjahn@goodwinlaw.com
                                                       Email: bblake@goodwinlaw.com

                                                       *Counsel for Defendants*

**IT IS SO ORDERED** this ____ day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE
DENISE J. CASPER

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that on March 5, 2025 and March 13, 2025, counsel for Defendants and counsel for Plaintiff conferred in good faith about this motion, and counsel for Plaintiff joins in the relief sought in this motion.

*/s/ Caroline H. Bullerjahn*
Caroline H. Bullerjahn

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025 a copy of the foregoing document was filed used the Court's CM/ECF system and will be served upon all counsel of record as indicated in the Notice of Electronic Filing (NEF).

*/s/ Caroline H. Bullerjahn*
Caroline H. Bullerjahn