**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPPLORENZINO,<br><br>  Defendants. |

Case No.: 1:25-cv-10353-DJC

CLASS ACTION

**NOTICE OF MOTION OF JOHN D. ALBAUGH FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that John D. Albaugh ("Movant") respectfully moves this Court for an order: (1) appointing Movant as lead plaintiff in the above-captioned action (the "Action") pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this motion.

Local Rule 7.1(a)(2) requires that counsel certify that they have met and conferred to resolve or narrow the issue prior to filing motions. Due to the PSLRA's lead plaintiff procedure,

however, Movant does not yet know which other persons or entities will move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.1(a)(2) be waived.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (BBO# 657485)
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
E-mail: shopkins@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for John D. Albaugh and Proposed Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing on April

14, 2025        .

Dated: April 14, 2025                              */s/ Shannon L. Hopkins*
                                                   Shannon L. Hopkins