**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPPLORENZINO,<br><br>Defendants. | Case No.: 1:25-cv-10353-DJC<br><br><u>CLASS ACTION</u> |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF JOHN D. ALBAUGH'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant John D. Albaugh ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for Appointment as Lead Plaintiff and Approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his purchases of Intellia Therapeutics, Inc. ("Intellia" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Intellia securities;

**Exhibit C**:    Press Release published February 11, 2025, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Gonzalez v. Intellia Therapeutics, Inc., et al.,* Case No. 1:25-cv-10353-DJC;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: April 14, 2025

/s/ Shannon L. Hopkins
Shannon L. Hopkins

2

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 14, 2025.

Dated: April 14, 2025

/s/ Shannon L. Hopkins
Shannon L. Hopkins