# EXHIBIT B

| Client Name | John D. Albaugh |
|---|---|
| Company Name | Intellia Therapeutics, Inc. |
| Ticker Symbol | NTLA |
| Security Type | |
| Class Period Start | 07-30-2024 |
| Class Period End | 01-08-2025 |
| 90-DAY Lookback Period Start | 01-09-2025 |
| 90-DAY Lookback Period End | 04-08-2025 |
| 90-DAY Lookback Average | $ 09.64 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $180,432.28 |
| DURA LIFO* Total | $154,982.28 |
| Gross Shares Purchased | 24,158 |
| Net Shares Retained | 19,158 |
| Net Funds Expended | $391,170.28 |

### John D. Albaugh - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-10-2024 | 5000 | 19.38 | $ 96,900.00 | 01-10-2025 | | 5000 | $ 11.00 | | $ 55,000.00 | 5000 | - | $ 09.64 | | $ 41,900.00 | $ 41,900.00 |
| 10-01-2024 | 5000 | 19.79 | $ 98,950.00 | 01-10-2025 | | 5000 | $ 11.00 | | $ 55,000.00 | 5000 | - | $ 09.64 | | $ 43,950.00 | $ 43,950.00 |
| 10-01-2024 | 1339 | 19.19 | $ 25,695.41 | 01-10-2025 | | 1339 | $ 11.00 | | $ 14,729.00 | 1339 | - | $ 09.64 | | $ 10,966.41 | $ 10,966.41 |
| 10-02-2024 | 2500 | 18.88 | $ 47,200.00 | 01-10-2025 | | 2500 | $ 11.00 | | $ 27,500.00 | 2500 | - | $ 09.64 | | $ 19,700.00 | $ 19,700.00 |
| 10-02-2024 | 2819 | 18.73 | $ 52,799.87 | 01-10-2025 | | 2819 | $ 11.00 | | $ 31,009.00 | 2819 | - | $ 09.64 | | $ 21,790.87 | $ 21,790.87 |
| 10-09-2024 | 2500 | 17.67 | $ 44,175.00 | 01-10-2025 | | 2500 | $ 11.00 | | $ 27,500.00 | 2500 | - | $ 09.64 | | $ 16,675.00 | $ 16,675.00 |
| 10-09-2024 | 2000 | 17.47 | $ 34,940.00 | 12-26-2024 | 2000 | | $ 12.20 | $ 24,400.00 | - | - | - | $ 09.64 | | $ 10,540.00 | |
| 10-24-2024 | 3000 | 17.17 | $ 51,510.00 | 12-26-2024 | 3000 | | $ 12.20 | $ 36,600.00 | - | - | - | $ 09.64 | | $ 14,910.00 | |
| **Total:** | **24,158** | | **$452,170.28** | | **5,000** | **19158** | | **$61,000.00** | **$210,738** | **19,158** | | | | **$180,432.28** | **$154,982.28** |

| Client Name | John D. Albaugh |
|---|---|
| Company Name | Intellia Therapeutics, Inc. |
| Ticker Symbol | NTLA |
| Security Type | |
| Class Period Start | 07-30-2024 |
| Class Period End | 01-08-2025 |
| 90-DAY Lookback Period Start | 01-09-2025 |
| 90-DAY Lookback Period End | 04-08-2025 |
| 90-DAY Lookback Average | $ 09.69 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $137,243.36 |
| DURA LIFO* Total | $137,243.36 |
| Gross Shares Purchased | 35,847 |
| Net Shares Retained | 24,842 |
| Net Funds Expended | $386,831.76 |

### John D. Albaugh - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-06-2024 | 3000 | 21.81 | $ 65,430.00 | 08-08-2024 | 3000 | | $ 21.88 | $ 65,640.00 | - | - | - | $ 09.64 | | -$ 210.00 | -$ 210.00 |
| 08-14-2024 | 3000 | 21.81 | $ 65,430.00 | 08-30-2024 | 3000 | | $ 22.00 | $ 66,000.30 | - | - | - | $ 09.64 | | -$ 570.30 | -$ 570.30 |
| 09-06-2024 | 5000 | 20.2 | $ 101,000.00 | 09-26-2024 | 5000 | | $ 20.30 | $ 101,500.50 | - | - | - | $ 09.64 | | -$ 500.50 | -$ 500.50 |
| 10-01-2024 | 3606 | 20.2 | $ 72,841.20 | 01-16-2025 | | 3606 | $ 09.82 | | $ 35,410.92 | 3606 | - | $ 09.64 | | $ 37,430.28 | $ 37,430.28 |
| 10-01-2024 | 300 | 20.2 | $ 6,060.00 | 01-16-2025 | | 300 | $ 09.82 | | $ 2,946.00 | 300 | - | $ 09.64 | | $ 3,114.00 | $ 3,114.00 |
| 10-01-2024 | 1094 | 20.2 | $ 22,098.80 | 01-16-2025 | | 1094 | $ 09.82 | | $ 10,743.08 | 1094 | - | $ 09.64 | | $ 11,355.72 | $ 11,355.72 |
| 10-03-2024 | 2100 | 18.08 | $ 37,968.00 | 01-16-2025 | | 2100 | $ 09.82 | | $ 20,622.00 | 2100 | - | $ 09.64 | | $ 17,346.00 | $ 17,346.00 |
| 10-03-2024 | 2900 | 18.08 | $ 52,432.00 | 01-16-2025 | | 2900 | $ 09.82 | | $ 28,478.00 | 2900 | - | $ 09.64 | | $ 23,954.00 | $ 23,954.00 |
| 10-03-2024 | 5 | 17.76 | $ 88.80 | 10-22-2024 | 5 | | $ 20.38 | $ 101.90 | - | - | - | $ 09.64 | | -$ 13.10 | -$ 13.10 |
| 10-03-2024 | 480 | 17.76 | $ 8,524.80 | 01-10-2025 | | 480 | $ 10.20 | | $ 4,896.00 | 480 | - | $ 09.64 | | $ 3,628.80 | $ 3,628.80 |
| 10-29-2024 | 1320 | 15.75 | $ 20,790.00 | 01-10-2025 | | 1320 | $ 10.20 | | $ 13,464.00 | 1320 | - | $ 09.64 | | $ 7,326.00 | $ 7,326.00 |
| 11-20-2024 | 4042 | 13.83 | $ 55,900.86 | 01-10-2025 | | 4042 | $ 10.20 | | $ 41,228.40 | 4042 | - | $ 09.64 | | $ 14,672.46 | $ 14,672.46 |
| 11-20-2024 | 1000 | 13.53 | $ 13,530.00 | 01-10-2025 | | 1000 | $ 10.20 | | $ 10,200.00 | 1000 | - | $ 09.64 | | $ 3,330.00 | $ 3,330.00 |
| 11-20-2024 | 1000 | 13.23 | $ 13,230.00 | 01-10-2025 | | 1000 | $ 10.20 | | $ 10,200.00 | 1000 | - | $ 09.64 | | $ 3,030.00 | $ 3,030.00 |
| 11-20-2024 | 1000 | 12.87 | $ 12,870.00 | 01-10-2025 | | 1000 | $ 10.20 | | $ 10,200.00 | 1000 | - | $ 09.64 | | $ 2,670.00 | $ 2,670.00 |
| 12-18-2024 | 2000 | 12.42 | $ 24,840.00 | 01-10-2025 | | 2000 | $ 10.20 | | $ 20,400.00 | 2000 | - | $ 09.64 | | $ 4,440.00 | $ 4,440.00 |
| 12-18-2024 | 2000 | 12.11 | $ 24,220.00 | 01-10-2025 | | 2000 | $ 10.20 | | $ 20,400.00 | 2000 | - | $ 09.64 | | $ 3,820.00 | $ 3,820.00 |
| 12-30-2024 | 2000 | 11.41 | $ 22,820.00 | 01-10-2025 | | 2000 | $ 10.20 | | $ 20,400.00 | 2000 | - | $ 09.64 | | $ 2,420.00 | $ 2,420.00 |
| **Total:** | **35,847** | | **$620,074.46** | | **11,005** | **24842** | | **$233,242.70** | **$249,588.40** | **24,842** | | | | **$137,243.36** | **$137,243.36** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $317,675.64 |
| DURALIFO* Total | $292,225.64 |
| Gross Shares Purchased | 60,005 |
| Net Shares Retained | 44,000 |
| Net Funds Expended | $778,002.04 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.