# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO,<br><br>Defendants. | No.: 1:25-cv-10353-DJC |

**NOTICE OF MOTION OF THE INTELLIA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that James Scott Ewert, Yiu Chung Lee, and Ronnie Evans (collectively, the "Intellia Investor Group"), by and through their counsel, will and do hereby move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing the Intellia Investor Group as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Intellia Therapeutics, Inc. securities between July 30, 2024 to January 8, 2025, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

The Intellia Investor Group is aware of L.R. 7.1(a)(2), which provides that "[n]o motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is April 14, 2025, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)-(II).  The Intellia Investor Group will thus not know the identities of the other putative Class members who intend to file competing motions for Lead Plaintiff appointment until April 15, 2025—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of the Intellia Investor Group's motion papers impracticable.  Under these circumstances, the Intellia Investor Group respectfully requests that compliance with L.R. 7.1(a)(2) be waived in this instance.

Dated:  April 14, 2025                                      Respectfully submitted,

                                                                    **POMERANTZ LLP**

                                                                    */s/ Emily C. Finestone*
                                                                    Emily C. Finestone (BBO # 693684)

1

Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
efinestone@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant the Intellia Investor Group
and Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Yiu Chung Lee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 14, 2025.

/s/ Emily C. Finestone
Emily C. Finestone (BBO # 693684)