**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO,<br><br>Defendants. | No.: 1:25-cv-10353-DJC |

**DECLARATION OF EMILY C. FINESTONE IN SUPPORT OF MOTION OF THE INTELLIA INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Emily C. Finestone, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of James Scott Ewert, Yiu Chung Lee, and Ronnie Evans (collectively, the "Intellia Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Intellia Investor Group's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:    Chart setting forth the Intellia Investor Group's financial interest in this litigation;
>
> Exhibit B:    Press release published via *Globe Newswire* on February 11, 2025, announcing the pendency of the Action;

Exhibit C:    Shareholder Certifications executed by the members of the Intellia Investor Group;

Exhibit D:    Joint Declaration executed by the members of the Intellia Investor Group; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 14, 2025.

/s/ Emily C. Finestone
Emily C. Finestone (BBO # 693684)

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 14, 2025.

*/s/ Emily C. Finestone*
Emily C. Finestone (BBO # 693684)
