# EXHIBIT A

**Intellia Therapeutics, Inc. (NTLA)**
**Class Period: July 30, 2024 to January 8, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $9.5445 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | | |
| Yiu Chung Lee | Common Stock | | 4,500 | | ($82,243) | | 0 | | $0 | 4,500 | 4,500 | $42,950 | ($39,293) | ($39,293) |
| Ronnie Evans | Common Stock | | 2,100 | | ($40,732) | | 0 | | $0 | 2,100 | 2,100 | $20,043 | ($20,689) | ($20,689) |
| James Scott Ewert, Acct 1 | Common Stock | | 3,500 | | ($76,251) | | (2,000) | | $13,240 | 3,500 | 2,000 | $19,089 | ($47,232) | ($48,694) |
| James Scott Ewert, Acct 2 | Common Stock | | 4,900 | | ($92,400) | | (4,900) | | $96,600 | 2,000 | 1,300 | $12,408 | ($15,917) | ($9,114) |
| James Scott Ewert, Acct 2 | Options | | 38 | | ($11,100) | | (38) | | $10,885 | 0 | 0 | $0 | ($215) | ($215) |
| **All** | | | | | **($302,726)** | | | | **$120,725** | | | **$94,491** | **($123,346)** | **($118,005)** |
| **Yiu Chung Lee** | **Common Stock** | **10/3/2024** | **4,500** | **$18.2763** | **($82,243)** | | **0** | | **$0** | **4,500** | **4,500** | **$42,950** | **($39,293)** | **($39,293)** |
| | | | | | | Preclass | 1,900 | | | | | | | |
| Ronnie Evans | Common Stock | 9/13/2024 | 300 | $21.4600 | ($6,438) | | | | | | | | | |
| Ronnie Evans | Common Stock | 9/17/2024 | 996 | $22.6300 | ($22,539) | | | | | | | | | |
| Ronnie Evans | Common Stock | 9/17/2024 | 4 | $22.6300 | ($91) | | | | | | | | | |
| Ronnie Evans | Common Stock | 12/4/2024 | 800 | $14.5800 | ($11,664) | | | | | | | | | |
| **Ronnie Evans** | **Common Stock** | | **2,100** | | **(40,732)** | | **0** | | **0** | **2,100** | **2,100** | **$20,043** | **($20,689)** | **($20,689)** |
| Account 1 | | | | | | | | | | | | | | |
| James Scott Ewert, Acct 1 | | | | | | Preclass | 500 | | | | | | | |
| James Scott Ewert, Acct 1 | Common Stock | 8/1/2024 | 500 | $25.0000 | ($12,500) | 4/4/2025 | (2,000) | $6.6200 | $13,240 | | | | | |
| James Scott Ewert, Acct 1 | Common Stock | 8/27/2024 | 1,000 | $23.2500 | ($23,250) | | | | | | | | | |
| James Scott Ewert, Acct 1 | Common Stock | 9/19/2024 | 1,000 | $23.0000 | ($23,000) | | | | | | | | | |
| James Scott Ewert, Acct 1 | Common Stock | 10/23/2024 | 500 | $21.0520 | ($10,526) | | | | | | | | | |
| James Scott Ewert, Acct 1 | Common Stock | 12/11/2024 | 500 | $13.9500 | ($6,975) | | | | | | | | | |
| **James Scott Ewert, Acct 1** | **Common Stock** | | **3,500** | | **($76,251)** | | **(2,000)** | | **$13,240** | **3,500** | **2,000** | **$19,089** | **($47,232)** | **($48,694)** |
| Account 2 | | | | | | | | | | | | | | |
| James Scott Ewert, Acct 2 | | | | | | Preclass | 1,300 | | | | | | | |
| James Scott Ewert, Acct 2 | Common Stock | 8/6/2024 | 500 | $22.5500 | ($11,275) | 7/12/2024 | (300) | $25.2500 | $7,575 | | | | | |
| James Scott Ewert, Acct 2 | Common Stock | 8/9/2024 | 400 | $22.5000 | ($9,000) | 7/26/2024 | (500) | $26.7500 | $13,375 | | | | | |
| James Scott Ewert, Acct 2 | Common Stock | 8/16/2024 | 500 | $22.2500 | ($11,125) | 8/15/2024 | (400) | $23.0000 | $9,200 | | | | | |
| James Scott Ewert, Acct 2 | Common Stock | 9/3/2024 | 500 | $21.8000 | ($10,900) | 9/18/2024 | (1,000) | $23.7500 | $23,750 | | | | | |
| James Scott Ewert, Acct 2 | Common Stock | 10/11/2024 | 1,000 | $17.3500 | ($17,350) | 11/11/2024 | (2,000) | $17.5000 | $35,000 | | | | | |
| James Scott Ewert, Acct 2 | Common Stock | 10/24/2024 | 1,000 | $18.0000 | ($18,000) | 2/18/2025 | (700) | $11.0000 | $7,700 | | | | | |
| James Scott Ewert, Acct 2 | Common Stock | 12/11/2024 | 1,000 | $14.7500 | ($14,750) | | | | | | | | | |
| **James Scott Ewert, Acct 2** | **Common Stock** | | **4,900** | | **($92,400)** | | **(4,900)** | | **$96,600** | **2,000** | **1,300** | **$12,408** | **($15,917)** | **($9,114)** |
| James Scott Ewert, Acct 2 | NTLA 08/16/2024 20.00 C | 8/12/2024 | 20 | $1.6500 | ($3,300) | 8/13/2024 | (10) | $2.2500 | $2,250 | | | | | |
| James Scott Ewert, Acct 2 | NTLA 08/16/2024 20.00 C | | | | | 8/13/2024 | (10) | $2.2000 | $2,200 | | | | | |
| **James Scott Ewert, Acct 2** | **NTLA 08/16/2024 20.00 C** | | **20** | | **($3,300)** | | **(20)** | | **$4,450** | **0** | **0** | **$0** | **$1,150** | **$1,150** |
| James Scott Ewert, Acct 2 | NTLA 10/18/2024 22.50 C | 8/19/2024 | 10 | $2.9500 | ($2,950) | 8/23/2024 | (5) | $3.1000 | $1,550 | | | | | |
| James Scott Ewert, Acct 2 | NTLA 10/18/2024 22.50 C | | | | | 9/17/2024 | (5) | $2.0000 | $1,000 | | | | | |
| **James Scott Ewert, Acct 2** | **NTLA 10/18/2024 22.50 C** | | **10** | | **($2,950)** | | **(10)** | | **$2,550** | **0** | **0** | **$0** | **($400)** | **($400)** |
| **James Scott Ewert, Acct 2** | **NTLA 01/17/2025 10.00 C** | **10/25/2024** | **1** | **$6.5000** | **($650)** | **1/17/2025** | **(1) expired** | | **$0** | **0** | **0** | **$0** | **($650)** | **($650)** |
| James Scott Ewert, Acct 2 | NTLA 01/17/2025 20.00 P | 10/30/2024 | 2 | $6.0000 | ($1,200) | 11/15/2024 | (1) | $5.7500 | $575 | | | | | |
| James Scott Ewert, Acct 2 | NTLA 01/17/2025 20.00 P | | | | | 11/21/2024 | (1) | $6.2000 | $620 | | | | | |

*Avg Closing Prices from January 10, 2025 to April 9, 2025

**Intellia Therapeutics, Inc. (NTLA)**
**Class Period: July 30, 2024 to January 8, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $9.5445 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **James Scott Ewert, Acct 2** | **NTLA 01/17/2025 20.00 P** | | **2** | | **($1,200)** | | **(2)** | | **$1,195** | **0** | **0** | **$0** | **($5)** | **($5)** |
| | | | | | | | | | | | | | | |
| James Scott Ewert, Acct 2 | NTLA 07/18/2025 10.00 C | 11/26/2024 | 5 | $6.0000 | ($3,000) | 12/9/2024 | (3) | $6.3000 | $1,890 | | | | | |
| James Scott Ewert, Acct 2 | NTLA 07/18/2025 10.00 C | | | | | 2/19/2025 | (2) | $4.0000 | $800 | | | | | |
| **James Scott Ewert, Acct 2** | **NTLA 07/18/2025 10.00 C** | | **5** | | **($3,000)** | | **(5)** | | **$2,690** | **0** | **0** | **$0** | **($310)** | **($310)** |

*Avg Closing Prices from January 10, 2025 to April 9, 2025