# EXHIBIT B



**Source:** *Levi & Korsinsky, LLP*

*February 11, 2025 17:31 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Intellia Therapeutics, Inc. Securities and Sets a Lead Plaintiff Deadline of April 14, 2025

NEW YORK, Feb. 11, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Intellia Therapeutics, Inc. ("Intellia" or the "Company") (NASDAQ: NTLA) between July 30, 2024 to January 8, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Marcos Gonzalez v. Intellia Therapeutics, Inc., et al.* (Case No. 1:25-cv-10353) has been commenced in the United States District Court for the District of Massachusetts. To get more information **go to:**

[https://zlk.com/pslra-1/intellia-therapeutics-inc-lawsuit-submission-form](https://zlk.com/pslra-1/intellia-therapeutics-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with material information concerning Intellia's Phase 1/2 study evaluating NTLA-3001 for the treatment of alpha-1 antitrypsin deficiency (AATD)-associated lung disease. Defendants' statements included, among other things, confidence in the Company's timeline for the aforementioned study, specifically that Intellia expected to dose the first patient in the second half of 2024. Defendants failed to disclose *inter alia* that the demand for viral-based editing was rapidly dwindling as non-viral delivery methods became a main target of the scientific research community due to their cost-effectiveness and more efficient development, thus making NTLA-3001 an inefficient program for Intellia to maintain.

The truth emerged on January 9, 2025, when Intellia published a press release announcing Company reorganization. In pertinent part, defendants disclosed that Intellia would be halting all NTLA-3001 research and studies and that the Company would be reducing its workforce by 27% in 2025. Specifically, the Company announced that management decided to focus Intellia's resources on other pharmaceutical development and would be implementing cost saving in the form of a major reduction in force. As a result, defendants pipeline priority readjustment resulted in the Company's once-touted NTLA-3001's discontinuation.

Following this news, Intellia's stock price fell from a closing market price of $12.02 per share on January 8, 2025 to $10.20 per share on January 10, 2025.

**If you suffered a loss in NTLA securities, you have until April 14, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-

stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com