# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I,  James Scott Ewert _____, make this declaration

pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section

21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private

Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Intellia Therapeutics, Inc. ("Intellia") and

authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Intellia securities at the direction of plaintiffs' counsel

or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who

purchased or otherwise acquired Intellia securities during the Class Period as specified in the

Complaint, including providing testimony at deposition and trial, if necessary.  I understand that

the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Intellia securities during the Class

Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is

signed, I have not served or sought to serve as a representative party on behalf of a class under the

federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of

the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the class as ordered or

approved by the Court.

8.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** <u>4/13/2025</u>
           **(Date)**

Signed by:

James Scott Ewert, M.D.

<u>1178A66087A84A2...</u>
**(Signature)**

James Scott Ewert

**(Type or Print Name)**

**Intellia Therapeutics, Inc. (NTLA)**                                                                **James Scott Ewert**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | | | | |
| Purchase/Acquisition | Common Stock | 8/1/2024 | 500 | $25.0000 |
| Purchase/Acquisition | Common Stock | 8/27/2024 | 1,000 | $23.2500 |
| Purchase/Acquisition | Common Stock | 9/19/2024 | 1,000 | $23.0000 |
| Purchase/Acquisition | Common Stock | 10/23/2024 | 500 | $21.0520 |
| Purchase/Acquisition | Common Stock | 12/11/2024 | 500 | $13.9500 |
| Sale | Common Stock | 4/4/2025 | (2,000) | $6.6200 |
| Account 2 | | | | |
| Purchase/Acquisition | Common Stock | 8/6/2024 | 500 | $22.5500 |
| Purchase/Acquisition | Common Stock | 8/9/2024 | 400 | $22.5000 |
| Purchase/Acquisition | Common Stock | 8/16/2024 | 500 | $22.2500 |
| Purchase/Acquisition | Common Stock | 9/3/2024 | 500 | $21.8000 |
| Purchase/Acquisition | Common Stock | 10/11/2024 | 1,000 | $17.3500 |
| Purchase/Acquisition | Common Stock | 10/24/2024 | 1,000 | $18.0000 |
| Purchase/Acquisition | Common Stock | 12/11/2024 | 1,000 | $14.7500 |
| Sale | Common Stock | 7/12/2024 | (300) | $25.2500 |
| Sale | Common Stock | 7/26/2024 | (500) | $26.7500 |
| Sale | Common Stock | 8/15/2024 | (400) | $23.0000 |
| Sale | Common Stock | 9/18/2024 | (1,000) | $23.7500 |
| Sale | Common Stock | 11/11/2024 | (2,000) | $17.5000 |
| Sale | Common Stock | 2/18/2025 | (700) | $11.0000 |
| Purchase/Acquisition | NTLA 08/16/2024 20.00 C | 8/12/2024 | 20 | $1.6500 |
| Purchase/Acquisition | NTLA 10/18/2024 22.50 C | 8/19/2024 | 10 | $2.9500 |
| Purchase/Acquisition | NTLA 01/17/2025 10.00 C | 10/25/2024 | 1 | $6.5000 |
| Purchase/Acquisition | NTLA 01/17/2025 20.00 P | 10/30/2024 | 2 | $6.0000 |
| Purchase/Acquisition | NTLA 07/18/2025 10.00 C | 11/26/2024 | 5 | $6.0000 |
| Sale | NTLA 08/16/2024 20.00 C | 8/13/2024 | (10) | $2.2500 |
| Sale | NTLA 08/16/2024 20.00 C | 8/13/2024 | (10) | $2.2000 |
| Sale | NTLA 10/18/2024 22.50 C | 8/23/2024 | (5) | $3.1000 |
| Sale | NTLA 10/18/2024 22.50 C | 9/17/2024 | (5) | $2.0000 |
| Sale | NTLA 01/17/2025 20.00 P | 11/15/2024 | (1) | $5.7500 |
| Sale | NTLA 01/17/2025 20.00 P | 11/21/2024 | (1) | $6.2000 |
| Sale | NTLA 07/18/2025 10.00 C | 12/9/2024 | (3) | $6.3000 |
| Sale | NTLA 07/18/2025 10.00 C | 2/19/2025 | (2) | $4.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Yiu Chung Lee, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Intellia Therapeutics, Inc. ("Intellia") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Intellia securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Intellia securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of my transactions in Intellia securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed   2025年2月26日
_____
**(Date)**

**(Signature)**

__Yiu Chung Lee_____
**(Type or Print Name)**

**Intellia Therapeutics, Inc. (NTLA)**                                                                      **Yiu Chung Lee**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 10/3/2024 | 4,500 | $18.2763 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Ronnie Evans _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Intellia Therapeutics, Inc. ("Intellia") and authorize the filing of a comparable complaint on my behalf.

3.     I did not purchase or acquire Intellia securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Intellia securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     The attached sheet lists all of my transactions in Intellia securities during the Class Period as specified in the Complaint.

6.     During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.     I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** ___4/9/2025_____
                    **(Date)**

Signed by:

D8C59CE166DF4A6...

**(Signature)**

Ronnie Evans
_____
**(Type or Print Name)**

**Intellia Therapeutics, Inc. (NTLA)**                                                                                     **Ronnie Evans**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 9/13/2024 | 300 | $21.4600 |
| Purchase/Acquisition | Common Stock | 9/17/2024 | 996 | $22.6300 |
| Purchase/Acquisition | Common Stock | 9/17/2024 | 4 | $22.6300 |
| Purchase/Acquisition | Common Stock | 12/4/2024 | 800 | $14.5800 |