UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPPLORENZINO,<br><br>Defendants. | Case No. 1:25-cv-10353-DJC<br><br>**CLASS ACTION** |

**MOTION OF REYNEL SUAREZ FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Reynel Suarez ("Suarez") respectfully moves this Court for an order: (1) appointing him as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Suarez's selection of Bernstein Liebhard LLP as Lead Counsel and Hutchings Barsamian Mandelcorn, LLP as Local Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Suarez seeks appointment as Lead Plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA.  This Motion is based on this notice, the attached Memorandum of Law, the Declaration of Theodore M. Hess-Mahan and attached exhibits, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Local Rule 7.1(a)(2) requires that counsel certify that they have met and conferred to resolve or narrow the issue prior to filing motions.  Due to the PSLRA's lead plaintiff procedure,

1

however, Suarez does not yet know which other persons or entities will move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Suarez respectfully requests that the conferral requirement of Local Rule 7.1(a)(2) be waived.

Dated: April 14, 2025

Respectfully submitted,

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**

*/s/ Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Suarez and Proposed Local Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: lhasson@bernlieb.com
        seidman@bernlieb.com

*Counsel for Suarez and Proposed Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 14, 2025.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan