**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO,<br><br>Defendants. | Case No. 1:25-cv-10353-DJC |

**NOTICE OF MOTION AND MOTION OF MICHAEL DINIEGA TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that class member Michael Diniega ("Movant") will and hereby does respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order:  (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Intellia Therapeutics, Inc., ("Intellia" or the "Company") from July 30, 2024 through January 8, 2025, both dates inclusive; (2) approving Movant's selection of The Schall Law Firm ("SLF") as Lead Counsel and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Liaison Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.[1]

---

[1] Local Rule 7.1(a)(2) requires counsel to certify that they have conferred and have attempted in good faith to resolve or narrow the issue. Pursuant to the PSLRA, however, if any class member desires to be appointed lead plaintiff, the class member must file a motion within a certain period of time. U.S.C. § 78u-4(a)(3). Thus, Movant is presently unaware of the other entities or persons who plan to move for appointment as lead plaintiff and will not know their

- 1 -

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Raffi Melanson filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff on behalf of all similarly situated Intellia investors; (2) approve Movant's selection of SLF as Lead Counsel and Hagens Berman as Liaison Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: April 14, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Raffi Melanson*
    RAFFI MELANSON
Raffi Melanson (BBO# 688650)
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile:  (617) 482-3003
raffim@hbsslaw.com

*Liaison Counsel for [Proposed] Lead Plaintiff*
*Michael Diniega*

Brian J. Schall, *pro hac vice* forthcoming
Andrew J. Brown, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com
andrew@schallfirm.com

*Counsel for [Proposed] Lead Plaintiff*
*Michael Diniega*

---

identities until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement be waived.

000700-00/3185528 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Raffi Melanson*
RAFFI MELANSON

000700-00/3185528 V1