**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO, <br><br> Defendants. | Case No. 1:25-cv-10353-DJC |

**[PROPOSED] ORDER GRANTING MOTION OF MICHAEL DINIEGA TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

WHEREAS, the Court has considered the motion of class member Michael Diniega ("Movant") for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Intellia Therapeutics, Inc. ("Intellia" or the "Company") from July 30, 2024 through January 8, 2025, both dates inclusive; (2) approving Movant's selection of The Schall Law Firm ("SLF") as Lead Counsel and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Liaison Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      Class member Michael Diniega is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

- 1 -

2.      Lead Plaintiff's selection of Lead Counsel and Liaison Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), SLF is approved as Lead Counsel for the Class and Hagens Berman is approved as liaison counsel in the action.

3.      Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.      Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

5.      Lead Counsel shall also be available and responsible for communications to and from this Court.

6.      Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

IT IS SO ORDERED.

Dated: _____          _____
                                     HON. DENISE J. CASPER
                                     UNITED STATES DISTRICT JUDGE

000700-00/3185540 V1