UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS GONZALEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO,<br><br>Defendants. | Case No. 1:25-cv-10353-DJC |

**DECLARATION OF RAFFI MELANSON IN SUPPORT OF MOTION OF MICHAEL DINIEGA TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

I, Raffi Melanson, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Michael Diniega ("Movant"). I am an attorney licensed to practice law in the State of Massachusetts. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

    Exhibit A:    Movant's sworn Certification;

    Exhibit B:    Movant's Declaration;

    Exhibit C:    Charts of Movant's estimated losses;

    Exhibit D:    Notice of pendency of class action published in *Globe Newswire*, a national business-oriented wire service, on February 11, 2025;

- 1 -

Exhibit E:        The Schall Law Firm's résumé; and

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of April, 2025, at Boston, Massachusetts.

*/s/ Raffi Melanson*
RAFFI MELANSON

000700-00/3185519 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Raffi Melenson*
RAFFI MELANSON

000700-00/3185519 V1