# Exhibit C

**MICHAEL DINIEGA LOSS ANALYSIS**          **INTELLIA THERAPEUTICS, INC.**

**Class Period: 07/30/2024 to 01/08/25**

**NTLA**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost / Proceeds** |
| Purchase | 8/6/2024 | 3500 | $22.6100 | $79,135.00 |
| Purchase | 8/22/2024 | 4,274 | $23.40 | $100,011.60 |
| Purchase | 8/23/2024 | 19 | $23.61 | $448.59 |
| Purchase | 8/23/2024 | 2571 | $23.61 | $60,701.31 |
| Purchase | 8/23/2024 | 800 | $23.61 | $18,888.00 |
| **Class Period purchases:** | | 11,164 | | $259,184.50 |
| Sales | 8/21/2024 | -3500 | $23.85 | -$83,475.00 |
| Sales | 8/23/2024 | -100 | $23.64 | -$2,364.10 |
| Sales | 8/23/2024 | -991 | $23.70 | -$23,486.70 |
| Sales | 8/23/2024 | -3183 | $23.70 | -$75,437.10 |
| Sales | 9/19/2024 | -153 | $24.18 | -$3,699.54 |
| **Class Period sales** | | -7927 | | -$188,462.44 |
| | LIFO Retained Purchases: | -3,237 | $9.54 | -$30,895.60 * |
| | **LIFO Loss:** | | | $39,826.46 |

\* The value of the retained class period shares is the average of the trading prices from 01/09/25 to 04/09/25.