**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO,<br><br>        Defendants. | Case No. 1:25-cv-10353-DJC<br><br>**STATEMENT OF MOVANT MICHAEL DINIEGA OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF JOHN ALBAUGH** |

1

Michael Diniega (hereinafter, "Movant Diniega") respectfully submits this statement of non-opposition to John D. Albaugh's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. *See* ECF No. 9.

On April 14, 2025, Movant Diniega filed a motion pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant Diniega as Lead Plaintiff; (2) approving Movant Diniega's selection of The Schall Law Firm ("SLF") as Lead Counsel and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Liaison Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper. *See* ECF Nos. 18-20. Likewise, on the same day Lead Plaintiff Movant John Albaugh ("Movant Albaugh"), by and through counsel, filed a motion for an order: (i) appointing Movant Albaugh as Lead Plaintiff; and (ii) approving Movant Albaugh's selection of Levi & Korsinksy, LLP as Lead Counsel for the putative class. *See* ECF No. 9.

The PSLRA establishes a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions for appointment as lead plaintiff, it appears that, while Movant Diniega is well-qualified to serve as Lead Plaintiff in the consolidated action, Movant Albaugh has the "largest financial interest" in this litigation within the meaning of the PSLRA and is the presumptive lead plaintiff. *See* ECF No. 11.

If, however, the Court determines that Movant Albaugh is, for any reason, incapable or inadequate to represent the class in this litigation, Movant Diniega remains willing to serve as Lead Plaintiff, and for the reasons set forth in his opening motion papers, should be appointed Lead

Plaintiff and his selected counsel should be appointed as lead counsel for the class *See* ECF Nos. 18-20.

This Statement of Non-Opposition shall have no impact on Movant Diniega's participation in the proposed class, his right to share in any recovery obtained for the benefit of the Class, and his ability to serve as a representative party, should the need arise.

DATED: April 30, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Raffi Melanson*
    RAFFI MELANSON
Raffi Melanson (BBO# 688650)
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile:  (617) 482-3003
raffim@hbsslaw.com

Lucas E. Gilmore, *pro hac vice* forthcoming
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for [Proposed] Lead Plaintiff Michael Diniega*

Brian J. Schall, *pro hac vice* forthcoming
Andrew J. Brown, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com
andrew@schallfirm.com

*Counsel for [Proposed] Lead Plaintiff Michael Diniega*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Raffi Melenson*
RAFFI MELANSON

- 1 -