**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPPLORENZINO,<br><br>        Defendants. | Case No. 1:25-cv-10353-DJC<br><br>**CLASS ACTION** |

**NOTICE OF NON-OPPOSITION OF REYNEL SUAREZ TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**PLEASE TAKE NOTICE** that lead plaintiff movant Reynel Suarez ("Suarez") appears to lack the largest financial interest of the lead plaintiff movants and, thus, does not oppose the competing motions for lead plaintiff. However, should the lead plaintiff be unable to serve due to Rule 23 impediments or otherwise, Suarez stands ready, willing, and able to serve as lead plaintiff.

Dated: May 6, 2025

Respectfully submitted,

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**

*/s/ Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Suarez*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
           seidman@bernlieb.com

*Counsel for Suarez*

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 6, 2025.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan

1