UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, and LAURA SEPP-LORENZINO,<br><br>Defendants. | No.: 1:25-cv-10353-DJC |

### [~~PROPOSED~~] ORDER APPOINTING CO-LEAD PLAINTIFFS AND LEAD COUNSEL AND SETTING SCHEDULE

**WHEREAS**, having reviewed the joint motion submitted by the parties to the above-captioned matter (the "Parties") for an order resolving the pending motions for lead plaintiff and setting a schedule for filing an amended complaint and responses thereto, and good cause appearing for the relief requested therein,

**IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff Movants John D. Albaugh ("Albaugh") and James Scott Ewert, Yiu Chung Lee, and Ronnie Evans (collectively, the "Intellia Investor Group") are hereby appointed Co-Lead Plaintiffs in this action and any subsequently filed or transferred actions that are consolidated with this action, pursuant to 15 U.S.C. §78u-4(a)(3)(B);

2. Albaugh and the Intellia Investor Group's selections of Levi & Korsinsky, LLP and Pomerantz LLP as Co-Lead Counsel are hereby approved;

3. Counsel for the Parties will meet and confer and propose within fourteen (14)

days of the entry of this order a schedule for filing an amended complaint and response thereto.

**SO ORDERED.**

Dated: May 26, 2025
Boston, Massachusetts

/s/ Denise J. Casper
HONORABLE DENISE J. CASPER
UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS