**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARCOS GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIA THERAPEUTICS, INC., JOHN LEONARD, LAURA SEPP-LORENZINO, DAVID LEBWOHL, and EDWARD J. DULAC,<br><br>Defendants. | Case No. 1:25-cv-10353-DJC<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION TO STRIKE EXHIBITS ATTACHED TO DEFENDANTS' MOTION TO DISMISS AND THE RELATED DECLARATION OF CAROLINE H. BULLERJAHN**

Court-appointed Lead Plaintiffs John D. Albaugh, James Scott Ewert, Yiu Chung Lee, and Ronnie Evans (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully move this Court to strike extraneous materials attached to Defendants' Motion to Dismiss (ECF No. 46) and the related Declaration of Caroline H. Bullerjahn (ECF No. 47-1), and all improper references to, citation of, and/or reliance on these materials contained in the Memorandum of Law in Support of Defendants' Motion to Dismiss (ECF No. 47). This Motion is based upon the reasons stated in the memorandum of law submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this Court issue an order striking Defendants' extraneous materials.

Dated: October 23, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Brian P. O'Connell*
Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 881-4847
jbsilverman@pomlaw.com
boconnell@pomlaw.com

-and-

Emily C. Finestone (BBO # 693684)
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
efinestone@pomlaw.com
jalieberman@pomlaw.com

*Attorneys for Plaintiffs and Co-Lead*

1

*Counsel for the Class*

LEVI & KORSINSKY, LLP

Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

　-and-

Shannon L. Hopkins (BBO# 657485)
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
E-mail: shopkins@zlk.com

*Attorneys for Plaintiffs and Co-Lead Counsel for the Class*


BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff Yiu Chung Lee*

2

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have conferred with counsel for Defendants and have attempted in good faith to resolve or narrow the issues in this Motion but have been unable to do so.

*/s/ Brian P. O'Connell*
Brian P. O'Connell (admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Brian P. O'Connell*
Brian P. O'Connell (admitted *pro hac vice*)