# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**MARCOS GONZALEZ,**

    Plaintiff,

         V.

CIVIL ACTION

NO. 25-CV-10353-DJC

**INTELLIA THERAPEUTICS, INC., ET AL.,**

    Defendants.

## ORDER OF DISMISSAL

CASPER, D. J.

    In accordance with the Court's Memorandum and Order [70] dated June 18, 2026, this case is hereby DISMISSED.

        By the Court,

June 18, 2026
Date

    /s/ Savannah Cook
Deputy Clerk